UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                          Case No. 08-CR-266

WILLIE SHAVERS,

    Defendant.

**ORDER FOR RESPONSE TO DEFENDANT'S REQUEST FOR TERMINATION OF SUPERVISED RELEASE**

Willie L. Shavers pleaded guilty to Distribution of Crack Cocaine and on December 31, 2009 was sentenced to 48 months in the custody of the Bureau of Prisons. The Court also ordered the mandatory minimum 5 years of supervised release, and Shavers began his term of supervised release on January 10, 2012. He is scheduled to discharge on January 9, 2017.

Shavers has again filed a motion requesting that his supervised release be terminated early, just 2 months after his last request was denied. Both the Government and USPO cited general compliance with the conditions of his supervised release over the last two years, save for four missed urine screens after re-institution of testing after a 2015 police contact and a refusal to close an unauthorized line of credit discovered in 2014. Defendant continued to owe approximately $1,480 in buy money that he was ordered to repay as a condition of his supervision. Shavers had not been employed since he began

on supervision but was receiving $746.00 per month in SSI. Payments were noted as somewhat minimal, paying off just $670.00 towards his obligation during his 4.5 years on supervision. Given the outstanding financial obligation to repay the cost of the investigation into his crime, and the fact that the U.S. Attorney had no means of collecting the money once he off of supervision, his request was denied. Shavers was advised that if he completed his payment obligation and continued compliance with his conditions, he could renew his request.

Shortly after the denial was issued, this Court received a status report advising that Shavers was charged in state court following a domestic incident, but asked that no action be taken. Now, just two months later, Shavers indicates that he has paid the $1,480 balance of the buy money in full and again seeks termination of supervised release.

Based on the foregoing history, the Court is reluctant to grant Shaver's motion for early termination absent input from his probation agent and the Government. Accordingly, both the Government and Probation are directed to advise the Court of their position with respect to Shaver's request on or before November 21, 2016.

**SO ORDERED** this ___3rd___ November, 2016.

                                    BY THE COURT:

                                    _s/ William C. Griesbach_
                                    William C. Griesbach, Chief Judge
                                    United States District Court
                                    Eastern District of Wisconsin